# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **SAIQUEST, LLC AND OHM LAND, LLC** | **CIVIL CASE NO. 3:18-CV-01583** |
| **V.** | **JUDGE TERRY A. DOUGHTY** |
| **LIBERTY MUTUAL INSURANCE EUROPE, LIMITED** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above action has been settled, [Doc. No. 41]

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within sixty (60) days of the signing of this Order, the parties shall file a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

MONROE, LOUISIANA, this 31st day of March, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE